# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IVAN DENNEY, | ) | 1:08-cv-00298 OWW TAG |
| | ) | |
| Plaintiff, | ) | |
| | ) | <u>NEW CASE NUMBER</u>: |
| v. | ) | |
| | ) | 1:08-cv-00298 OWW GSA |
| JIM CAMP, et al., | ) | |
| | ) | |
| Defendants. | ) | ORDER DISQUALIFYING JUDGE AND |
| | ) | ORDER REASSIGNING CASE |
| | ) | |

It appears to the undersigned, the Magistrate Judge to whom this case is presently assigned, that disqualification pursuant 28 U.S.C. § 455 is appropriate in this matter.

It is therefore ORDERED that the undersigned HEREBY RECUSES herself as the Magistrate Judge to whom this case is assigned.

It is FURTHER ORDERED that the Clerk of Court reassign this case to another Magistrate Judge for all further proceedings, making appropriate adjustments, if any, in the assignments of cases to compensate for such reassignment. All further pleadings filed with this Court shall use the following new case number: **1:08-cv-00298 OWW GSA**.

Failure to use the correct case number may result in a delay in the document being received by the correct judicial officer.

IT IS SO ORDERED.

Dated:   **April 9, 2008**                                          /s/ Theresa A. Goldner
                                                                                UNITED STATES MAGISTRATE JUDGE