Anthony J. Klein, State Bar No. 034692
Jeffrey W. Noe, State Bar No. 167387
  Email: jnoe@kleinlaw.com
KLEIN, DENATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
P.O. Box 11172
Bakersfield, California 93389-1172
Telephone: (661) 395-1000
Facsimile: (661) 326-0418

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN DENNEY,<br><br>              Plaintiff,<br><br>     v.<br><br>JIM CAMP,<br>S. A. CAMP,<br>JOHN REIDLAND, and<br>DOES 1-10,<br><br>              Defendants. | Case No.  1:08-CV-00298-OWW-GSA<br><br>STIPULATION FURTHER EXTENDING TIME TO RESPOND TO THE COMPLAINT TO MAY 28, 2008<br><br><br>Complaint Filed: February 29, 2008 |

The parties respectfully request that the Court provide a further two-week extension of the time to respond to the complaint on the following grounds.

On April 9, 2008, the parties met and conferred about the defendants' intent to file a motion under Fed.R.Civ.Pro. 12 in response to the complaint. Counsel for plaintiff agreed to amend the complaint.

That day, the parties filed a stipulation extending the time for defendants to respond to the complaint to May 14, 2008, to allow time for plaintiff to amend the complaint.

The parties respectfully request a further extension to May 28 of the time for defendants to respond to the complaint to provide plaintiff with additional time to amend the complaint. Absent this extension, defendants would file a Rule 12 motion in

PDF created with pdfFactory trial version www.pdffactory.com

1  response to the original complaint, a motion that otherwise might not be necessary in
2  light of plaintiff's agreement to amend the complaint.  A further extension, therefore,
3  potentially conserves the parties' resources and serves the interest of judicial economy.
4      Accordingly, plaintiff confirms his intent to file and serve an amended complaint
5  no later than May 19, 2008.  In the event plaintiff does not serve his amended complaint
6  by May 19, defendants shall file and serve their response to the original complaint by
7  May 28, 2008.  If plaintiff amends his complaint, defendants shall respond to the
8  amended complaint within the time period allowed by law.

10 Date: May 9, 2008      KLEIN, DeNATALE, GOLDNER,
11      COOPER, ROSENLIEB & KIMBALL, LLP

12      By: /s/ Jeffrey W. Noe_____
13          Jeffrey W. Noe
         Attorneys for Defendants

14
15 Date: May 9, 2008      LAW OFFICE OF GEORGE A. BOYLE

16      By: /s/ George A. Boyle_____
17          George A. Boyle
         Attorney for Plaintiff

19 **ORDER**

20 **IT IS SO ORDERED.**

22 Dated: May 12, 2008      /s/ Gary S. Austin_____
     United States Magistrate Judge

Left margin: KLEIN, DeNATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP / 4550 CALIFORNIA AVENUE, SECOND FLOOR / BAKERSFIELD, CALIFORNIA 93309

PDF created with pdfFactory trial version www.pdffactory.com