UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN DENNY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JIM CAMP, S.A. CAMP, AND ) <br> JOHN REIDLAND, ) <br> ) <br> Defendants. ) <br> ) | 1:08-CV-00298 OWW GSA <br><br> **ORDER DISMISSING ACTION** |

Pursuant to the notice of stipulated dismissal filed pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice.

IT IS SO ORDERED.

**Dated:   July 15, 2008**            /s/ Oliver W. Wanger
                              UNITED STATES DISTRICT JUDGE